UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

FLETCHER ENTERPRISES, INC.,

          Plaintiff,

vs.

WEST AMERICAN INSURANCE COMPANY,

          Defendant.

Cause No. 2:24-cv-1693

**NOTICE OF REMOVAL**

**TO:**      Clerk, U.S. District Court for the Western District of Washington;

**AND TO:**      Plaintiff, by and through their attorney of record.

**PLEASE TAKE NOTICE** that Defendant West American Insurance Company ("West American") hereby removes to this Court the state court action described below on the grounds stated herein.

1.      On or about September 12, 2024, Plaintiff Fletcher Enterprises, Inc. ("Fletcher") filed a civil action in the Superior Court of the State of Washington for King County, which was assigned cause number 24-2-20720-1. Copies of the Summons and the Complaint are attached hereto as **Exhibit A.**

NOTICE OF REMOVAL – 1
USDC WA/SEA CAUSE NO. 2: 24-cv-1693

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

2. West American was served the Complaint and Summons via the Insurance Commissioner on or about September 16, 2024.

## I. PARTIES

3. In the Complaint, Plaintiff allege that they are a Washington corporation with principle place of business in King County, Washington, and that West American is an insurance company doing business in Washington.

4. Defendant West American is an Indiana corporation with principle place of business in Massachusetts.

## II. AMOUNT IN CONTROVERSY

5. In the Complaint, Plaintiff alleges they had a commercial liability insurance policy issued by West American. Plaintiff further alleges that West American improperly denied coverage for an underlying lawsuit against Plaintiff before reversing course. Plaintiff's complaint alleges causes of action against West American for breach of contract, insurance bad faith, violation of the Washington Consumer Protection Act ("CPA") and violation of the Insurance Fair Conduct Act ("IFCA").

6. In the Complaint, Plaintiff alleges that, as a result of West American's denial and reversal, Plaintiff paid attorney fees totaling $5,995.84. Plaintiff also alleges they received an adverse ruling in arbitration totaling $66,169.79, for total underlying alleged damages of at least $72,165.63.

7. Plaintiff's Complaint pleads a claims under IFCA and CPA, and seeks treble and increased damages under the statutes.

8. Plaintiff's Complaint also seeks an award of attorney fees in an unspecified amount.

NOTICE OF REMOVAL – 2
USDC WA/SEA CAUSE NO. 2: 24-cv-1693

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

9. Based on the damages alleged by Plaintiff and the operation of their claims, Plaintiff's damages alleged in the Complaint exceed $75,000.

### III. JURISDICTION

10. For purposes of determining jurisdiction under 28 U.S.C. § 1332, Plaintiff is a corporation of the state of Washington. Defendant West American is a corporation of the States of Indiana and Massachusetts. As such, there is complete diversity of citizenship between Plaintiff and Defendant.

11. The amount in controversy exceeds $75,000, exclusive of interest and costs, the minimum jurisdictional amount under 28 U.S.C. § 1332.

12. This Court, therefore, has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

13. Venue is also proper in this District pursuant to 28 U.S.C. §§ 128(a) and 1441(a) because this District encompasses King County in which plaintiff filed the state court action that is the subject of removal.

### IV. TIMELINESS

14. Plaintiff filed its Complaint on September 12, 2024. Plaintiff served Defendant West American via the Washington State Insurance Commissioner on September 16, 2024.

15. This Notice of Removal, filed on October 16, 2024, is timely under 28 U.S.C. § 1446.

### V. COPIES OF PROCESS, PLEADINGS, AND ORDERS IN STATE COURT PROCEEDING

16. In accordance with 28 U.S.C. § 1446(a) West American will file with this Court copies of all pleadings on file in the state court proceeding.

NOTICE OF REMOVAL – 3
USDC WA/SEA CAUSE NO. 2: 24-cv-1693

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

17. West American will give written notice of the filing of this Notice to Plaintiff through their counsel of record, as required by 28 U.S.C. § 1446(d).

18. A copy of this Notice will be filed with the Superior Court of Washington for King County as required by 28 U.S.C. § 1446(d).

19. By seeking removal, West American does not waive any defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, or service of process.

WHEREFORE, Defendant West American provides notice that this action is removed to the United States District Court for the Western District of Washington, pursuant to 28 U.S.C. §§ 1441 and 1446, and that the Superior Court of Washington for King County shall proceed no further in King County cause number 24-2-20720-1.

DATED this 16th day of October, 2024.

SOHA & LANG, P.S.

   s/ Paul Rosner
Paul M. Rosner, WSBA # 37146

   s/ Ben Helford
Benjamin K. Helford, WSBA # 46960
rosner@sohalang.com; helford@sohalang.com
1325 Fourth Avenue, Suite 940
Seattle, WA  98101-2570
Telephone:  206-624-1800
Facsimile:  206-624-3585
Attorneys for Defendant

NOTICE OF REMOVAL – 4
USDC WA/SEA CAUSE NO.  2: 24-cv-1693

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

## CERTIFICATE OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is SOHA & LANG, PS, 1325 Fourth Avenue, Suite 940, Seattle, WA 98101-2509.

On this day, I served a true and correct copy of NOTICE OF REMOVAL on parties in this action via CM/ECF Notification:

   Franklin D. Cordell
   Miles C. Bludorn
   Gordon Tilden Thomas & Cordell LLP
   600 University Street, Suite 2915
   Seattle, WA 98101
   Email: fcordell@gordontilden.com
   mbludorn@gordontilden.com

Dated this 16th day of October, 2024

*s/Angela Murray*
_____
Angela Murray
Legal Assistant

NOTICE OF REMOVAL – 5
USDC WA/SEA CAUSE NO. 2: 24-cv-1693

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585