UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| FLETCHER ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-01693 JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT WEST AMERICAN INSURANCE COMPANY TO ANSWER COMPLAINT** |

## **STIPULATION**

Pursuant to LCR 7(j) and 10(g), Plaintiff Fletcher Enterprises, Inc. ("Plaintiff") and Defendant West American Insurance Company ("Defendant") stipulate to an extension of Defendant's deadline to file a responding pleading to Plaintiff's Complaint to November 13, 2024. Good cause exists for this extension, because Plaintiff and Defendant believe this matter may be resolved through a settlement between the parties.

STIPULATED MOTION AND ORDER TO EXTENT TIME FOR
DEFENDANT TO ANSWER COMPLAINT – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-01693 JHC

DATED this 24th day of October, 2024.

| GORDON TILDEN THOMAS & CORDELL LLP | SOHA & LANG, P.S. |
|---|---|
| By: *s/Franklin Cordell*<br>Franklin D. Cordell, WSBA # 26392<br>Miles C. Bludorn, WSBA #54238 | By: *s/Paul Rosner*<br>Paul Rosner, WSBA # 37146<br>Benjamin K. Helford, WSBA #46960 |
| *Attorneys for Plaintiff Fletcher Enterprises, Inc.* | *Attorneys for Defendant West American Insurance Company* |

## ORDER

IT IS SO ORDERED. Defendant West American Insurance Company has until November 13, 2024 to file their responsive pleading to Plaintiff's complaint.

DATED this 24th day of October, 2024.

_____
JOHN H. CHUN
United States District Judge