UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| FLETCHER ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WEST AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-01693 JHC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

### I.   STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

//

//

//

//

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP | SOHA & LANG, P.S. |
| By: *s/Frank Cordell*<br>Franklin D. Cordell, WSBA # 26392<br>Miles C. Bludorn, WSBA #54238 | By: *s/Paul Rosner*<br>Paul Rosner, WSBA # 37146<br>Benjamin K. Helford, WSBA #46960 |
| *Attorneys for Plaintiff Fletcher Enterprises, Inc.* | *Attorneys for Defendant West American Insurance Company* |

## II.   ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IS SO ORDERED on this 5th day of November, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
U.S. District Judge